IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND and THOMAS FISHER,

    Plaintiffs,

vs.                                            Case No. 09-cv-12

VALEO CONSTRUCTION, INC. and
OWEN BULLS,

    Defendants.

---

### ENTRY OF DEFAULT

    Plaintiffs Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund and Thomas Fisher, request that the Clerk of Court enter default against defendants Valeo Construction, Inc. and Owen Bulls, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Valeo Construction, Inc. and Owen Bulls is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 26th day of March, 2009.

                                                                                                          *[signature]*
                                                                              Peter Oppeneer, Clerk of Court