UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND and THOMAS FISHER,

Plaintiffs,

v.

Case No. 09-CV-12

VALEO CONSTRUCTION, INC.
and OWEN BULLS,

Defendants.

ORDER FOR JUDGMENT
AGAINST DEFENDANT OWENS BULLS

A request and application for default judgment against Defendant Owens Bulls brought by the Plaintiff Building & Public Works Laborers Vacation Fund in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1. Defendant Owens Bulls has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Owens Bulls violated the Employee Retirement Income Security Act of 1974, as amended, by failing to pay fringe benefit contributions to the plaintiff Building & Public Works Laborers Vacation Fund, said contributions having been deducted from Valeo Construction, Inc.'s employees' paychecks.

3. The court assesses the total damages in favor of the plaintiff Building & Public Works Laborers Vacation Fund and against the Defendant Owens Bulls in the sum of $1,581.96 for contributions for the audited period April 1, 2007 through December 31, 2007 as well as attorney's fees and costs incurred in their prosecution of this matter.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff, Building & Public Works Laborers Vacation Fund, and against Defendant Owens Bulls in the amount of $1,581.96 together with interest at the rate allowed by law.

Dated this 22d day of ~~March~~, 2009.

BY THE COURT

*Barbara B. Crabb*
U. S. District Court Judge