UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND and THOMAS FISHER,

Plaintiffs,

v.                                                          Case No. 09-CV-12

VALEO CONSTRUCTION, INC.
and OWEN BULLS,

Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT VALEO CONSTRUCTION, INC.

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund and Thomas Fisher, recover from the Defendant Valeo Construction, Inc. the sum of $9,107.83 for contributions, interest, liquidated damages for the audit period April 1, 2006 through December 31, 2007.

Dated at Madison, Wisconsin, this 22d day of ~~March~~ April, 2009.

_____
Peter Oppeneer
Clerk of Court

Approved as to form this 22e day of ~~March~~ April, 2009.

*Barbara B Crabb*
U. S. District Court Judge