UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND and THOMAS FISHER,

        Plaintiffs,

v.                                Case No. 09-CV-12

VALEO CONSTRUCTION, INC.
and OWEN BULLS,

        Defendants.

---

**ENTRY OF JUDGMENT AGAINST DEFENDANT OWENS BULLS
ON THE DECISION BY THE COURT**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Building & Public Works Laborers Vacation Fund recover from Defendant Owens Bulls the sum of $1,581.96 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 22d day of April, 2009.

                                              _Peter Oppeneer_
                                              Clerk of Court

Approved as to form this 22d day of ~~March~~ April, 2009.

_____
U. S. District Court Judge